# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| Heather L. Barlow as Trustee of the MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST,<br><br>          Plaintiff,<br><br>          v.<br><br>TOD B. LINSTROTH,<br><br>          Defendant. | Adv. Proc. No. 22-50431 (JTD) |

## STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED by and among Heather L. Barlow as Trustee of the Mallinckrodt General Unsecured Claims Trust ("Plaintiff") and Tod B. Linstroth ("Defendant"), that this entire action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses.

      This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated: November 21, 2022

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | WHITEFORD, TAYLOR & PRESTON LLC |
| | |
| */s/ James E. O'Neill* | */s/ Richard W. Riley* |
| Laura Davis Jones (DE Bar No. 2436) | Richard W. Riley (DE Bar No. 4052) |
| James E. O'Neill (DE Bar No. 4042) | Stephen B. Gerald (DE Bar No. 5857) |
| Jason S. Pomerantz (CA Bar No. 157216) | 600 N. King Street, Suite 300 |
| 919 North Market Street, 17th Floor | Wilmington, DE  19801 |
| P.O. Box 8705 | Email:  rriley@wtplaw.com |
| Wilmington, DE  19899-8705 (Courier 19801) |           sgerald@wtplaw.com |
| Telephone: (302) 652-4100 | |
| Facsimile:  (302) 652-4400 | -and- |
| Email: ljones@pszjlaw.com | |
|           joneill@pszjlaw.com | MICHAEL BEST & FRIEDRICH LLP |
|           jspomerantz@pszjlaw.com | Christopher J. Schreiber |
| | Justin M. Mertz |
| *Counsel to Plaintiff, Heather L. Barlow as Trustee of the Mallinckrodt General Unsecured Claims Trust* | 790 N. Water Street, Suite 2500 |
| | Milwaukee, WI  53202 |
| | Email:  cjschreiber@michaelbest.com |
| |           jmmertz@michaelbest.com |
| | |
| | *Counsel to Defendant, Tod B. Linstroth* |